UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GEORGE LUKE,<br><br>Defendant. | Case No. 2:24-cr-00156-AKB-DKG<br><br>**REPORT AND RECOMMENDATION** |

On September 15, 2025, Defendant CHRISTOPHER GEORGE LUKE appeared before the undersigned United States Magistrate Judge to enter a plea pursuant to a written plea agreement. the Defendant executed a waiver of the right to have the presiding United States District Judge take his plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Superseding Information, the maximum penalties applicable, his Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

Having conducted the plea hearing and having inquired of the Defendant, defense counsel, and counsel for the government, the Court finds there is a factual basis for the Defendant's guilty plea, that it was entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant CHRISTOPHER GEORGE LUKE's plea of guilty to Counts One and Two of the Superseding Information.

2) The District Court order forfeiture consistent with Defendant CHRISTOPHER GEORGE LUKE's admission to the Criminal Forfeiture allegation in the Superseding Information and the Plea Agreement

3) The District Court order Defendant be detained pending sentencing under 18 U.S.C. § 3143. Upon the District Court's acceptance of Defendant's guilty plea, as recommended herein, Defendant shall surrender for detention pending sentencing to the custody of the United States Marshals Service at the United States Courthouse in Coeur d'Alene, Idaho on **September 30, 2025, at no later than 10:00 a.m. (PT)**. Defendant is advised that failure to do so may constitute a separate offense. Until such date that Defendant surrenders, Defendant is subject to all previously imposed conditions of release.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: September 15, 2025

Honorable Debora K. Grasham
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2